GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400
*Attorney for Defendant
DataX, LTD.*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIE RICHARDSON,<br><br>            Plaintiff,<br><br>vs.<br><br>DATAX, LTD,<br><br>            Defendant. | Case No. 2:21-cv-02177-JCM-NJK<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DATAX, LTD TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant DataX, Ltd ("DataX") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that DataX's time to answer, move or otherwise respond to the Complaint in this action is extended from January 3, 2022 through and including **February 2, 2022**.  The request was made by DataX so that it can have an opportunity to collect and review its internal files pertaining

. . .

. . .

. . .

. . .

. . .

. . .

to the allegations in the Complaint, and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause delay.

      Respectfully submitted, this _____th day of December, 2021.

| | |
|---|---|
| CLARK HILL PLLC | <u>**No opposition**</u> |
| By: /s/*Gia N. Marina* <br> GIA N. MARINA <br> Nevada Bar No. 15276 <br> 3800 Howard Hughes Drive, Suite 500 <br> Las Vegas, Nevada 89169 <br> E-mail: gmarina@clarkhill.com <br> Telephone: (702) 862-8300 <br> Facsimile: (702) 862-8400 <br> *Attorney for Defendant DataX, Ltd.* | By: /s/*David H. Krieger* <br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> Shawn Miller, Esq. <br> Nevada Bar No. 7825 <br> KRIEGER LAW GROUP, LLC <br> 2850 W. Horizon Ridge Blvd., Suite 200 <br> Henderson, NV 89052 <br> Phone: (702) 848-3855 <br> Fax: (702) 385-5518 <br> Email: dkrieger@kriegerlawgroup.com <br> Email: smiller@kriegerlawgroup.com <br> *Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: December 17, 2021