GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
*Attorney for Defendant*
*DataX, LTD.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIE RICHARDSON, | Case No. 2:21-cv-02177-JCM-NJK |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR EXTENSION OF TIME FOR DATAX, LTD TO FILE ANSWER** |
| DATAX, LTD, | |
| Defendant. | **SECOND REQUEST** |

   Defendant DataX, Ltd ("DataX") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that DataX's time to answer, move or otherwise respond to the Complaint in this action is extended from February 2, 2022 through and including **March 7, 2022**. The request was

. . .

. . .

. . .

. . .

. . .

. . .

1  made by DataX so that the parties can continue settlement negotiations, and Plaintiff approves.

2  This stipulation is filed in good faith and not intended to cause delay.

3      Respectfully submitted, this 1st day of February, 2022.

4  CLARK HILL PLLC

5  By: /s/*Gia N. Marina*

**No opposition**

6  By: /s/*David H. Krieger*
David H. Krieger, Esq.
Nevada Bar No. 9086

7  GIA N. MARINA
Nevada Bar No. 15276
Shawn Miller, Esq.
Nevada Bar No. 7825

8  3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Blvd., Suite 200

9  E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Henderson, NV 89052

10 Facsimile: (702) 862-8400
Phone: (702) 848-3855

11 *Attorney for Defendant DataX, Ltd.*
Fax: (702) 385-5518
Email: dkrieger@kriegerlawgroup.com

12 Email: smiller@kriegerlawgroup.com
*Attorneys for Plaintiff*

17  IT IS SO ORDERED:

19  _____
United States Magistrate Judge

20  DATED: February 2, 2022